

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00203-CV

_____

BRADLEY HULSTEIN, Appellant

V.

DAVID VANINGEN, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-01861-JP

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

On August 30, 2021, we notified appellant Bradley Hulstein that the trial-court clerk responsible for preparing the record in this appeal had informed us that he had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). We warned that we would dismiss the appeal for want of prosecution unless Hulstein arranged to pay for the clerk's record and provided us with proof of payment within ten days. *See* Tex. R. App. P. 37.3(b), 44.3.

Because Hulstein has not made payment arrangements for the clerk's record, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Hulstein must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 7, 2021